UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

CR421-0139

| | |
|---|---|
| UNITED STATES OF AMERICA | ) INDICTMENT NO. |
| | ) |
| v. | ) 21 U.S.C. § 841(a)(1) |
| | ) Possession with Intent to |
| JAVARUS MCKINNEY | ) Distribute and Distribution of a |
| a/k/a "JODY" | ) Controlled Substance (Fentanyl) |
| | ) |
| and | ) |
| | ) |
| DARIEN COTHERN | ) |

THE GRAND JURY CHARGES THAT:

### COUNT ONE
*Distribution of a Controlled Substance (Fentanyl)*
21 U.S.C. § 841(a)(1)

On or about August 12, 2020, in Bryan County, within the Southern District of Georgia, the defendants,

**JAVARUS MCKINNEY**
a/k/a "JODY," and
**DARIEN COTHERN,**

aided and abetted by each other and by others unknown, did knowingly and intentionally distribute a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance; and death resulted from the use of such substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT TWO
*Possession with Intent to Distribute and Distribution of a Controlled Substance*
*(Fentanyl)*
21 U.S.C. § 841(a)(1)

On or about February 4, 2021, in Bryan County, within the Southern District of Georgia, the defendant,

**JAVARUS MCKINNEY**
**a/k/a "JODY,"**

did knowingly and intentionally distribute a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT THREE
*Possession with Intent to Distribute and
Distribution of a Controlled Substance in or Near Schools (Fentanyl)*
21 U.S.C. §§ 841(a)(1) and 860

On or about February 4, 2021, in Bryan County, within the Southern District of Georgia, the defendant,

## JAVARUS MCKINNEY
a/k/a "JODY,"

knowingly and intentionally distributed a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a), within 1,000 feet of the real property comprising Richmond Hill High School, a public high school.

All in violation of Title 21, United States Code, Section 841(a)(1) and 860.

3

## NOTICE OF ENHANCED PUNISHMENT
## 21 U.S.C. § 851

Before the commission of the offenses charged in Count One through Three, the following defendant had a final conviction for a serious drug felony or serious violent felony as described below:

a. **JAVARUS MCKINNEY a/k/a "JODY,"** Possession of a Controlled Substance With Intent to Distribute in Chatham County Superior Court Case No. SPCR19-00640-J5, for which **JAVARUS MCKINNEY a/k/a "JODY,"** served a term of imprisonment of more than 12 months.

As a result of the conviction, Defendant is subject to increased punishment under Title 21, United States Code, Section 841(a)(1) as outlined in the penalty certification.

4

## FORFEITURE ALLEGATIONS

The allegations contained in Counts One through Three of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 21, United States Code, Section 853.

Pursuant to Title 21, United States Code, Section 853, upon conviction of any offense in violation of Title 21, United States Code set forth in this Indictment, Defendant

### JAVARUS MCKINNEY
### a/k/a "JODY,"

shall forfeit to the United States any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense(s). The property to be forfeited includes but is not limited to:

    a. $11,800.00 U.S. Currency;

    b. $1,170.00 US Currency; and

    c. White 2017 Chevrolet Impala LS, VIN 2G11Z5SA9H9189741.

If, as a result of any act or omission of a defendant, any of the property subject to forfeiture:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of this Court;

    d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be subdivided without difficulty,

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property.

A True Bill.

David H. Estes
Acting United States Attorney

Frank M. Pennington, II
Assistant United States Attorney
*Lead Counsel

Karl Knoche
Assistant United States Attorney
Chief, Criminal Division

Noah Abrams
Assistant United States Attorney
*Co-lead Counsel