UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| UNITED STATES OF AMERICA | ) | CASE NO. 4:21-CR-139 |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | |
| JAVARUS MCKINNEY, ET AL. | ) | |

## ORDER

Based upon the motion of the Government, and for good cause shown therein, the Government's motion for leave of absence is **GRANTED** for the following dates:

a)   September 16-17, 2021

**IT IS FURTHER ORDERED** that should a hearing be set during those dates; a substitute Assistant United States Attorney may handle the matter.

**SO ORDERED**, this 20th day of August, 2021.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA