IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA,

v.

JAVARUS MCKINNEY,

    Defendant.

CASE NO.: 4:21-cr-139

## O R D E R

A jury trial in the above captioned case having been conducted on March 7, 2023, and there being certain items entered into evidence during the course of said trial,

IT IS HEREBY ORDERED that upon return of a jury verdict the evidence listed on the attached receipt was returned to Counsel for the Government on February 10, 2023, for safekeeping and for production in the Court of Appeals, if necessary.

**SO ORDERED**, this 27th day of March, 2023.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA